State on relation of THE COMMISSIONERS OF WAKE COUNTY v. ALBERT MAGNIN, and others.

*County Treasurer--Action on Official Bond by County Commissioners·*
*--Sufficiency of Complaint.*

1. An action upon the official bond of a County Treasurer for the re-
covery of money due the County collected by him and not paid over
is properly brought in the name of the Board of Commissioners of
the County.

2. In such action, where the complaint alleged the execution of the
bond and that the defendant collected the money as Treasurer, &c.,
and there was no allegation that the defendant was Treasurer at any
time not covered by the bond ; *Held,* that the complaint substan-
tially alleged that the money was collected during the term covered
by the bond and was sufficient.

CIVIL ACTION tried at Fall Term, 1877, of WAKE Superior
Court, before *McKoy, J.*

This was an action on the bond of the defendant Magnin
as Treasurer of Wake County, in which the plaintiff alleged
the execution of the bond in the penal sum of $52,000 con-
ditioned that the said Magnin during his continuance in
office shall faithfully execute the duties thereof, pay out all
moneys which may come into his hands and render a true
account of the same when required by law. It was further
alleged that Magnin as Treasurer aforesaid had collected
$1111,36 and had failed to pay over the same as required
by law.

The defendants demurred to the complaint and assigned
as cause, (1) that the Board of Commissioners were not the
proper relators to institute this action, and that the County
Treasurer should have been the relator, and (2) that it is
not alleged that the money which was collected by Magnin
as Treasurer of Wake County, and which it was averred
that he failed to pay to the relators, was so collected by him

by virtue of his appointment to said office for the same term of said office for which the bond declared on was conditioned that said Magnin should faithfully execute &c. His Honor overruled the demurrer and the defendants appealed.

Same counsel as in preceding case.

READE, J. The first ground for demurrer, that the County Commissioners are not the proper relators, is overruled ; for the reason stated in a case between the same parties at this term, *ante* 181.

The second ground for demurrer, that it is not alleged in the complaint that the money was collected during the term covered by the bond, is overruled; for the reason that it is so alleged substantially. It is not alleged that he was County Treasurer at any time not covered by the bond, and it is alleged that he collected the money "*as Treasurer.*" There is no error. This will be certified to the end that the defendants may answer, if so advised.

No error.

PER CURIAM.                    Judgment affirmed.